The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## RIVERAS v. STATE.

### No. 20118.

Court of Criminal Appeals of Texas.

Jan. 25, 1939.

H. Leon Darley, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is sodomy; the punishment, confinement in the penitentiary for 15 years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## ALLEN v. STATE.

### No. 20132.

Court of Criminal Appeals of Texas.

Jan. 25, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for driving an automobile upon the public highway while intoxicated; penalty assessed at confinement in the county jail for five days and a fine of $50.

The indictment appears regular. The appellant entered a plea of guilty to the offense charged in the indictment and waived a jury upon the trial of the case. The record is before this court without statement of facts or bills of exception.

No error having been perceived, the judgment of the trial court is affirmed.